**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANTHONY TRUPIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:26-cv-00274** |
| | ) | |
| **BLUE GREEN ENERGY, INC.;** | ) | |
| **GLOBAL EQUITY FINANCE, INC.;** | ) | **Removed from the** |
| **NATIONAL COIN GROUP LLC, NEW** | ) | **Oklahoma County Case No. CJ-2026-514** |
| **YORK NUMISMATIC GROUP LLC;** | ) | |
| **PHX FINANCIAL, INC.; PINNACLE** | ) | |
| **COIN GROUP LLC; PINNACLE** | ) | |
| **WEALTH PRESERVATION L.L.C.;** | ) | |
| **PREMIER RARE COINS LLC;** | ) | |
| **COASTAL EQUITIES, INC. (dba** | ) | |
| **REALTA EQUITIES); ROSLAND** | ) | |
| **CAPITAL LLC; VESSEL CAPITAL** | ) | |
| **LLC; and DOES 1 through 10, inclusive,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendant Global Equity Finance, Inc.'s ("Global Equity") Motion to Dismiss Plaintiff's Petition pursuant to Federal Rules of Civil Procedure 12(b)(2) (the "Motion"). After considering the Motion, any response thereto, the pleadings on file, Plaintiff's Petition (the "Petition"), and the applicable law, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED**.

The Court finds that Defendant Global Equity is not subject to personal jurisdiction in Oklahoma. Accordingly, **IT IS HEREBY ORDERED** that all claims asserted in the Petition against Defendant Global Equity are hereby **DISMISSED WITHOUT PREJUDICE**.

   **IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2026.

CORE/3533992.0005/238833451.1

Bernard M. Jones, II
United States District Judge

CORE/3533992.0005/238833451.1