# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

ANTHONY TRUPIA,

Plaintiff(s)

vs.

Case Number: 26-cv-274-J

BLUE GREEN ENERGY, INC., et al.,

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Defendant, National Coin Group LLC

March 30, 2026
Date

/s/ Aaron C. Tifft
Signature

Type of Appointment: ☑ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

Aaron C. Tifft
Print Name

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Firm Name

521 East 2nd Street, Suite 1200
Mailing Address

OBA #33288
Oklahoma State Bar Number (If Applicable)

Tulsa — OK — 74120
City — State — Zip Code

atifft@hallestill.com
e-mail address

(918) 594-0400
Phone Number

(918) 594-0505
Fax Number

# Certificate of Service

I hereby certify that on 03/30/2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that March 30, 2026 (Date), I served the same document by:

- [x] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [x] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129

/s/ Aaron C. Tifft
Signature