**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ANTHONY TRUPIA,** | |
| **Plaintiff,** | |
| **v.** | **NO. 26-cv-274-J** |
| **BLUE GREEN ENERGY, INC, et al.,** | |
| **Defendants.** | |

**CORPORATE DISCLOSURE STATEMENT**
**IDENTIFYING CONSTITUENTS OF LLC**

Defendant National Coin Group, LLC states as follows for its disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1:

National Coin Group, LLC is a Delaware limited liability company with its principal place of business in Florida.

National Coin Group, LLC has one (1) member: Jared Owens, a resident of Florida.

National Coin Group, LLC is not a publicly held entity, is not owed by a publicly held entity, and no publicly held entity has a direct financial interest in the outcome of the litigation.

National Coin Group, LLC has no parent corporations and is not a trade association.



22136754.1:017679.00001

Dated: March 30, 2026

Respectfully submitted,

*/s/ Aaron C. Tifft*

Aaron C. Tifft, OBA # 33288
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
521 E. 2nd Street, Suite 1200
Telephone (918) 594-0400
Facsimile (918) 594-0505
*atifft@hallestill.com*

**ATTORNEYS FOR DEFENDANT, NATIONAL COIN GROUP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants on the ECF System.

I hereby further certify that on March 30, 2026, a true and correct copy of the foregoing document was served on the following via electronic mail and first class, U.S. Mail:

Anthony Trupia
605 SE 21st St.
Oklahoma City, OK 73129
*trupiaar@gmail.com*

**PRO SE PLAINTIFF**

*s/ Aaron C. Tifft*