**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-274-J |
| | ) | |
| BLUE GREEN ENERGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 30, 2026, Plaintiff, appearing pro se, filed a "Notice of Prior Mailing and Hand Delivery of Documents for Filing" and attached two motions as exhibits. [Doc. No. 6, Exs. 2-3]. This was improper for two reasons. First, motions cannot be combined in a single document. *See* LCvR 7.1(c). Second, Plaintiff must file each motion individually so that it alerts both this Court and the opposing parties that a motion is pending. Because Plaintiff attached the motions as exhibits, the Court was unaware that Plaintiff made the requests. In the future, the Court will strike any motion attached as an exhibit.

In this instance, and in abundance of caution, the Court declines to strike the motions and addresses them herein.

Plaintiff's request to file documents electronically is GRANTED and he may file electronically through the Court's CM/ECF system in relation to this case only. Plaintiff must register at pacer.gov to e-file with the Western District of Oklahoma. The Court cautions Plaintiff that he must pay close attention to *how* he files each document. Again, an improperly filed motion will not alert the Court that action is requested.

Plaintiff's request for additional time to respond to Defendant Global's pending motion to dismiss is also GRANTED. Plaintiff's response is due no later than April 13, 2026.

Plaintiff may access instructions, forms, and other important information, including links to this Court's local rules and the Federal Rules of Civil Procedure, at https://www.okwd.uscourts.gov/self-representation.

IT IS SO ORDERED this 8th day of April, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE