**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-274-J |
| | ) | |
| BLUE GREEN ENERGY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff, appearing pro se, filed suit against eleven business and ten "Does." [Doc. No. 1-2]. Under Fed. R. Civ. P. 4(m) a summons and the Complaint must mandatorily be served on a defendant within 90 days. In a removed case such as this, the 90-day time for service begins when the notice of removal is filed in this Court. Accordingly, Plaintiff was required to serve the defendants no later than May 17, 2026.

To date, two defendants have been served, and the Court granted both parties' motions to dismiss. [Doc. Nos. 8-9]. Plaintiff has not provided any evidence that any other defendant has been served. Thus, on or before June 11, 2026, Plaintiff shall SHOW CAUSE why the remaining defendants should not be dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE