**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-274-J |
| | ) | |
| BLUE GREEN ENERGY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

Pursuant to the Order filed on May 1, 2026, Defendant Global Equity Finance, Inc. is DISMISSED without prejudice and judgment is entered for Defendant Global Equity Finance, Inc. and against Plaintiff.

Pursuant to the Order filed on May 6, 2026, Defendant National Coin Group, LLC is DISMISSED without prejudice and judgment is entered for Defendant National Coin Group, LLC and against Plaintiff.

Pursuant to the Order filed this same day, Plaintiff's action is DISMISSED without prejudice under Fed. R. Civ. P. 4(m) and 41(b).

IT IS SO ORDERED this 17th day of June, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE