**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY TRUPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-274-J |
| | ) | |
| BLUE GREEN ENERGY, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff has moved to reopen this matter under Fed. R. Civ. P. 60(b), alleging that his failure to respond to pending motions and the Court's show cause order were due to a four-month long illness. [Doc. No. 13]. The Court does not request Plaintiff's medical records in their entirety; however, he shall supplement his motion with sufficient evidence to convince the Court that his illness prevented his responses. Plaintiff's supplement is due no later than November 19, 2026 and he may file his evidence under seal.[1]

IT IS SO ORDERED this 5th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

[1] Plaintiff is cautioned that should the Court reopen this matter, it will immediately require him to file, individually for each nonresponding-Defendant, proof of service, i.e., affidavits from the process server(s) or green cards showing receipt of process. On review, the Court believes Plaintiff's "USPS Tracking" documentation, *see id.*, Ex. 2, fails to satisfy Fed. R. Civ. P. 4(e) or Okla. Stat. tit. 12, § 2004(C)(2). The Court likewise finds Plaintiff's unverified "Notice of Filing Proofs of Service" [Doc. No. 6, Ex. 1] insufficient to demonstrate proof of service under federal or Oklahoma requirements.